UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

UNITED STATES OF AMERICA,  )
)
)
)
)
-versus-                   )        CR. No.3:01CR106 (JBA)
)
)
)
WANDER MOREL,              )
)
)

## MOTION TO RETURN PROPERTY

**COMES NOW,** the defendant, Wander Morel, pro se and entreats the Honorable Court to broadly and liberally construe this motion in its entirety. See, Haina v. Kerner, 30 L.ED.2d 251; Estelle v. Gamble, 50 L.ED.2d 251; and Franklin v. Rose, 765 F.2d 82. Defendant is not an attorney, and is unschooled in the matters of law.

On December 11, 2001, defendant was sentenced by the Honorable Judge Janet Bond to a prison term of 66 months. Defendant's conviction has long become final and, the case and investigation have been closed.

Defendant's sentence is upon to expire and defendant request for this Honorable Court to return defendant's property which consist of the following items:

1. Defendant's New York State Diver's license.

2. Defendant's personal pictures, and as well as the childrens photos.

Page 2 of 2..

3. Defendant's wrist watch.

4. Defendant's personal address book which contained phone numbers and addresses.

These items were taken from defendant when he was arrested. Defendant asserts that these items are not of any importance to the government and should be ordered return to defendant.

Defendant request for such property to be forwarded to the following address: Yolanda Reyes, C/O Wander Morel @ 615 West 172 Street, New York, N.Y. 10032, apartment 2-C.

**WHEREFORE:** Defendant respectfully request that this Honorable Court grant's defendant's request, and any further relief that this Court deems just and proper.

Dated: November 9,2005.

Respectfully submitted,

*Wander Morel*
Wander Morel, pro se
Reg. No. 14178-014
F.C.I. Fort Dix
P.O.Box 7000
Fort Dix, N.J. 08640

## CERTIFICATE OF SERVICE

ON November 10, 2005, I served a copy of the foregoing motion on the opposing counsel by placing same in the Prison Legal Mailbox with sufficient postage on the envelope addressed to:

>Robert M. Appleton, Esq.
>Assistant United States Attorney
>915 Lafayette Boulevard
>Bridgeport, Conn. 06604.

>*Wander Morel*
>Wander Morel, pro se
>Reg. No. 14178-014
>F.C.I. Fort Dix
>P.O. Box 7000
>Fort Dix, N.J. 08640