# UNITED STATES DISTRICT COURT

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

V.                                   **APPEARANCE**

**WANDER MOREL**

DOCKET NUMBER: 3:01CR00106(JBA)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

__MARCH 29, 2006__
DATED

*[signature]*
SIGNATURE

ALEX V. HERNANDEZ
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct08345
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY          STATE              ZIP CODE

203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

This is to certify the a copy of the within and foregoing was mailed to Wander Morel, Inmate #14178-014, FCI-Fort Dix, P.O. Box 7000, Fort Dix, New Jersey 08640, this 29th day of March, 2006.

*[signature]*
ALEX V. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY