UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:01CR106(JBA) |
| | : | |
| v. | : | |
| | : | |
| WANDER MOREL | : | April 7, 2006 |

**GOVERNMENT'S RESPONSE TO THE DEFENDANT'S
MOTION FOR RETURN OF PROPERTY**

By way of motion dated November 9, 2005, defendant Wander Morel has moved the Court for the return of personal property seized at or about the time of his arrest by the Drug Enforcement Administration ("DEA") in the above-captioned case.

The undersigned is informed by Special Agent Eileen Dinnan of the Bridgeport Resident office, that she has located the defendant's requested property and has mailed it to the defendant's designee: Yolanda Reyes, c/o Wander Morel, 615 West 172 Street, Apartment 2-C, New York, N.Y. 10032, via the United States Postal Service, return receipt requested. A copy of the mailing and routing slip is appended hereto as Exhibit A.

In light of the foregoing, the government respectfully submits that the defendant's motion may be denied as moot.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY,

ALEX V. HERNANDEZ
SUPERVISORY ASSISTANT U.S. ATTORNEY
Federal Bar No. ct08345
915 Lafayette Boulevard
Bridgeport, CT 06604

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2006, a true and correct copy of the foregoing was served by first-class mail upon the defendant:

Wander Morel, *pro se*
Registration Number 14178-014
F.C.I. Fort Dix
P.O. Box 7000
Fort Dix, New Jersey 08640

Alex V. Hernandez

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

> BRIDGEPORT RESIDENT OFFICE
> 1000 LAFAYETTE BLVD
> SUITE 404
> BRIDGEPORT, CT 06604

CV-01-0009 (N-21)

| Registered No. | | Date Stamp |
|---|---|---|
| RB 518 157 886 | | |

| | To Be Completed By Post Office | |
|---|---|---|
| Reg Fee | | |
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |
| Received by | | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

FROM

TO

Yolanda Reyes c/o Wondershavel
615 172nd Street
Apartment 2-C
New York, NY 10032

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Yolanda Reyes<br>% Wander Morel<br>615 172nd Street<br>Apartment 2-C<br>New York, NY<br>        10032 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    RB 518 157 886 | | |
| PS Form 3811, February 2004    Domestic Return Receipt | | 102595-02-M-1540 |



RB 518 157 886 US

YOLANDA REYES
c/o Wonder Morel
615 172nd Street
Apartment 2-C
New York, New York

YOLANDA REYES
c/o Wonder Morel
615 172nd Street
Apartment 2-C
New York, New York 10032

RB 518 157 886 US
Label 200, July 1999
(102595) 99-M-1904