UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : NO. 3:01CR106(JBA) |
| **WANDER MOREL** | : |

ENDORSEMENT ORDER [#88]

Defendant's motion to return property is DENIED as moot, in light of the government's representation (Doc. #90) that all property requested to be returned has been now returned to defendant's designee Yolanda Reyes

IT IS SO ORDERED.

_____/S/_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: July 31, 2006**